Stephanie MORELL, Appellant,

v.

Rodolfo RUIZ, Appellee.

No. 3D16–1115.

District Court of Appeal of Florida, Third District.

Nov. 9, 2016.

Greenspoon Marder and Michael J. Alman, Ft. Lauderdale, for appellant.

Law Offices of Karim Batista, P.A. and Karim Batista, for appellee.

Before SUAREZ, C.J., and SALTER and LOGUE, JJ.

SUAREZ, C.J.

Appellant Stephanie Morell appeals an Order requiring her to file a petition for relocation under Florida Statute Section 61.13001 (2016). We reverse because that statute has no application to the facts of this case. Appellant resided in Palm Beach County at the time the underlying action was filed and thus is not required to file a petition to obtain the trial court's permission to "relocate" to Palm Beach County.

Reversed.